EFFECTIVE DATE: JULY 23, 2024

All use of the "members only" portions of the Allied Pilots Association ("APA") Services, including but not limited to its website, forums, and server-based applications, and any of its subparts, (collectively referred to as "Services"), is subject to the following general and specific Terms and Conditions of this Acceptable Use Policy ("AUP") adopted by the APA Board of Directors under the authority provided to the Board by the APA Constitution and Bylaws and Policy Manual. The General Terms and Conditions set forth below apply to all aspects of the Services. Specific Terms and Conditions applicable to particular subparts of the Services are also set forth below or are listed at or within the particular subpart, or both. In what follows, the term "User" means you as a person with authorized and lawful access to the Services.

## General Terms and Conditions

***Members Only:***
Access to Services that are password-protected is restricted exclusively to authorized members of APA in good standing and those individuals whom APA has expressly granted access to the Services (e.g., APA staff and consultants). Unauthorized users and personnel from American Airlines or any other airline are expressly prohibited from accessing any of the Services or the information contained on the Services for any reason.

***Password Protection and Accountability:***
Each User is responsible for any and all Services activities occurring under their account. Each User is also obligated to take reasonable

Exhibit 1 - page 2

precautions to secure User's password against dissemination to others without lawful access to the Services. If a User learns that User's password has come into possession of one without lawful access to the Services, the User must promptly inform the APA so that the APA can secure the Services against unlawful access. Users may not delegate, assign, grant, transfer, or share access to APA websites to any other person or entity, and may not share, provide, grant, or transfer access credentials, including passwords, to any other party, regardless of whether the other party is a User.

### *Impersonation:*

User will not impersonate any other person, business or entity, including without limitation the APA and its officers, moderators, administrators and agents while using the Services.

### *Services Disruption:*

APA is not responsible or liable for any service or network disruption to its Services. Users will not circumvent, disable, overburden, or otherwise interfere with security-related features of the Services or networks, including, without limitation, the following activities: (i) attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization; (ii) attempting to interfere with communication to any user, host or network, including, without limitation, via means of submitting a virus to the Services, overloading, "flooding," "spamming," "mailbombing," or "crashing"; (iii) transmitting or otherwise making available any content containing any "virus," "worm," or "trojan horse" or any other computer code, file or program designed to interrupt, destroy or limit the functionality of any computer or hardware or telecommunications equipment.

### *Automated Systems:*

Users will not use or launch any automated system, including, without limitation, "robots," "spiders," or "offline readers," that sends or is intended to send more request messages to the APA servers in a given period of time than a human can reasonably produce in the same period by using a conventional online Web browser.

***Information Collection:***
Users may not use any data mining or similar data gathering and extraction tools on the Services, or reproduce, reprint, copy, store, publicly displace, broadcast, transmit, modify, translate, port, publish, sublicense, assign, transfer, sell, loan or otherwise distribute the information on The Services.

***Availability and Changes to Terms:***
These terms and conditions will be continuously available from a link on at least the central pages of the APA Web site and may be amended by the APA Board of Directors at any time without notice, effective upon posting of the modified AUP on the APA Web site. APA reserves the right to change or amend this AUP or the General or Specific Terms and Conditions without notice and without liability. The User is responsible for regularly reviewing the Terms and Conditions of the AUP and complying with same. Use of these Services indicates a User's agreement with the AUP.  and any General and Specific Terms and Conditions. Users who disagree with the AUP and any of the General or Specific Terms and Conditions should not use APA Services. APA reserves the right to cancel, interrupt, suspend, or terminate all or part of its Services with or without notice. Such actions may be taken at the discretion of the President or Board of Directors when circumstances warrant.

***Choice of Law and Arbitration Clause:***
This site is remotely accessible throughout the United States and the world. By accessing this site, you agree to be subject to Texas law and agree to be subject to personal jurisdiction in the counties of Tarrant or Dallas within the State of Texas. Users are required to submit any claims, controversies, disputes, or disagreements against APA regarding use of Services and this site to mandatory and binding arbitration. Arbitrators will be selected by strike method from the approved APA Appeal Board list of arbitrators, or if no arbitrator on the Appeal Board list is available, by an arbitrator selected by the American Arbitration Association ("AAA"). Any disputes arising out of the use of this site will be governed by Texas law regardless of any conflict of laws. In the event any claim or dispute shall be filed in a judicial setting, despite the requirement for mandatory and binding arbitration herein, such claim or dispute may

only be filed in Tarrant County, Texas.  In such event, User understands that APA retains the right to compel the dispute to be decided through binding arbitration.

***Indemnification:***
User agrees to indemnify, defend, and hold APA harmless from and against any and all claims, demands, proceedings, grievances, arbitrations, suits and actions (including appeals), including any related liabilities, obligations, losses, damages, deficiencies, penalties, taxes, levies, fines, judgments, settlements, expenses (including reasonable attorneys and arbitrator fees), and costs (collectively, the "Claims"), based on, arising out of or resulting from your use these Services and this site, including without limitation any Claims alleging facts that if true would constitute your breach of the AUP and any general or specific Term and Condition. As used within these Terms and Conditions, APA includes its National Officers, Domicile Representatives/members of the Board of Directors, and APA employees, staff, and agents. If you do not agree with this AUP or any of these General or Specific Terms and Conditions, please exit the site now.

## Specific Terms and Conditions for the Use of The Line

The APA may elect to host The Line Forum ("The Line") to allow for discussion of issues pertaining to the execution of American Airline pilot duties.  Subject to compliance with the terms of this AUP, the Line is reserved for and is available to apprentice members in good standing, active members in good standing, inactive members, and, where permitted, retirees. APA members holding management positions with American Airlines, non-members and members who have been permanently suspended are not authorized use of The Line. APA may authorize access to and use of The Line to additional users for purposes of maintenance and administration. Use by any others on The Line that is not specifically granted by APA is strictly prohibited and may result in legal action.

APA may limit the scope of issues permitted to be discussed on The Line.  Posts, discussions, and/or threads which relate to topics that are not properly within one of the approved forums or are otherwise in violation of this AUP or these Specific Terms and Conditions will be removed from public view subject to further review and action in accordance with the Policy Manual.  APA may limit or restrict the use of hyperlinks, pictures, and/or other linked material at its discretion.

APA will respond to complaints or reports of unauthorized use or violations of this AUP or its Specific Terms and Conditions.  APA reserves the right to remove posts or threads consistent with its need to comply with APA's legal and contractual obligations, or to remove posts or threads which create safety risks, encourage illegal behavior, defame, harass, constitute an act identified in Section 1.A of Article VII of the APA Constitution and Bylaws, or which exhibit or promote behavior prohibited by this AUP or these Specific Terms and Conditions, or which is prohibited by law. To the extent a post directly quotes a post removed as described in the preceding sentence, APA reserves the right to modify such post for the sole and express purpose of removing said directly quoted material. By continuing on to and using The Line, you agree to comply with this AUP and its General and Specific Terms and Conditions. Failure to comply with this AUP and these Specific Terms and Conditions may result in (1) your posts and/or threads being removed from public view and/or deleted without prior notice; (2) User suspension or termination from The Line and/or APA Services; (3) union discipline in accordance with the Constitution & Bylaws; and/or (4) legal (civil and/or criminal) action.

### *Prohibited Activity*
Prohibited activity and conduct that may result in posts or threads being removed, User suspension or termination from The Line and/or APA Services, union discipline, or legal (civil and/or criminal) action, includes but is not limited to:

1. Bullying and trolling behavior. Threads and posts about particular members, Users, APA employees, staff, or agents, that are meant to or which actually target for purposes of harassment, intimidation, threats, or bullying are inappropriate for this forum and are prohibited. "Trolling"

behavior includes, but is not limited to, making threads and posts which are inflammatory, insincere, digressive, extraneous, or off topic with the intent of provoking others into displaying emotional responses, or manipulating others' perceptions or reactions.

2. Users may not make statements which constitute unlawful harassment or hate speech, promote unlawful discrimination, create a hostile work environment, or which are otherwise inappropriate about another person or group of people based on, but not limited to, age, marital status, religion, national origin, disability, military status, alienage, citizenship, race, color, creed, gender, gender identity, disability, political affiliation, sex, sexual orientation, domestic partnership, pre-disposing genetic characteristic, carrier status, or any other protected category under federal, state and/or local laws and regulations.

3. Users may not make statements that may be deemed to be defamatory.

4. Users may not encourage or promote illegal job actions in violation of the RLA or other law.

5. Users may not upload, share, distribute, or post any content that is obscene, unlawful, or indecent.

6. Users may not post "Scab" lists.

7. Users shall not post another APA member's or APA employee, staff, or agent's personal information, texts, emails, photos, videos, or other communications to The Line without the express permission of that individual.

8. Commercial postings are prohibited. The Line is not a forum to post business ventures, advertisements, pyramid schemes, or other types of business opportunities. Members may not advertise or promote any business ventures, including his or her own business ventures. This also includes but is not limited to: spam, surveys, chain letters, lotteries, purchase specials, or contests. Users may not use this site or materials or information gained from this site for any commercial purpose; users

may not copy, reprint, distribute, publish, rely on, create derivative works from, license, sell, transfer, or otherwise use materials or information gained on this site without express permission. Posts soliciting funds for 501(c)3 charities are permitted.

9. Users may not misuse any patent, trademark, copyright, or other intellectual property protected information. Users shall not post or load any content in violation of intellectual property laws.

10. Uploading or posting of viruses, code, software or other programs is prohibited. Users shall not post anything that will embed or cause to be embedded any codes or content that results in any externally-hosted content to appear or be delivered with a post.

11 Users may not make off-topic posts and threads. If a post or thread is deemed off-topic from the forum in which it is posted, it may be placed under review subject to further review and action or moved to the appropriate forum if one exists. If there is no authorized forum for the post or thread, it will be subject to review and deletion.

12. Targeting a participant for harassment, intimidation, threats or bullying in response to the reporting of posts which violate the AUP constitutes an independent violation of the AUP.  Targeting a participant with excessive or bad faith reporting of posts which are not deemed to violate the AUP may also be considered bullying or trolling behavior in violation of the AUP.

13.  Other activity or conduct which is deemed contrary to the purposes or intent of The Line or which violates the Constitution & Bylaws or applicable law.

***Reporting Violations:***
Members are encouraged to be active participants in maintaining the positive and constructive atmosphere of The Line by self-policing threads and posts on The Line. Posts which violate the AUP or the Specific Terms and Conditions may be reported to APA using the Report link within The Line. Reported posts will be reviewed against this AUP and its Specific Terms and Conditions and posts that may violate the

AUP and/or its Specific Terms and Conditions may be removed from public view for further review and consideration by the President or the President's Designee(s), in accordance with the Policy Manual. Violations of the AUP, including but not limited to, sharing or providing posts and threads from The Line to third parties, including American Airlines and its management, may result in immediate and permanent suspension.

Users may delete their own posts at any time. Due to system limitations, posts that begin a thread cannot be deleted, but the content in the post may be edited and/or deleted by the User. If a User requires assistance to delete a post, they may click on the Report link or call APA IT or APA Legal. Even if not reported, posts and threads may be removed by APA under this AUP and General and Specific Terms and Conditions and as authorized by the APA Policy Manual or as required by law.

Reports and reporters are only visible to moderators, APA Legal, and the President or Designee(s). Upon request, a member whose post was reported and deleted may be provided with a copy of the deleted post. Under no circumstance will a reporter's identity be disclosed to others beyond those authorized to access such information.

While members are encouraged to self-police The Line, serial or targeted reporting is not permitted. If, within seven calendar days, a User makes five reports that are deemed to not be in violation of the AUP, the User will be restricted from reporting for seven calendar days following the fifth report.

***Suspensions:***
Violations of the AUP may result in restriction of access to The Line for a specified period of time.  The duration of access restriction will be dependent on the severity of the action constituting a violation of the AUP and the history of violations by the offending party.  Restrictions will be imposed by the President or Designee(s) according to the below guidelines.
a. First suspension: no more than 14 business days unless circumstances dictate a longer period as set forth in the Policy Manual.
b. Second suspension: continuing non-compliance with the AUP

Exhibit 1

following an initial suspension will subject a participant to immediate permanent suspension.

Permanent suspensions from access to The Line may be appealed by the affected member to the Appeal Board in accordance with the Policy Manual.  Retirees who are provided access to The Line may not appeal any suspension or revocation of such access to the Appeal Board.

*Miscellaneous:*
APA reserves the right to limit access to The Line or create sub-sections of The Line for specific Users or User groups if needed to comply with representational or other legal responsibilities. APA is not responsible for archiving or maintaining a record of any or all posts or threads placed on The Line by its users but reserves the right to do so solely at its discretion. Nor does APA provide Users the right to access, or request access to, archived posts or threads.

The Line is for personal use and is hosted on a private website; however, APA does not guarantee or warrant that posts, threads, discussions, or any comments made on The Line will remain private and not be released to third parties. Although these Specific Terms and Conditions prohibit sharing of The Line content with American Airlines, APA does not warrant or guarantee that individual posts or comments will not be provided to American Airlines or its management. Users and their posts and comments should remain professional.

APA does not warrant, guarantee, endorse, or vouch for the information or content posted to The Line by any of its users. APA is not responsible or liable for any of the information or content posted by Users. APA discourages posting links to outside websites or sources. APA has no control over or responsibility for websites or links not under its control. Clicking on an outside link is done at the User's own risk. APA is not responsible for any content, activity, or consequences for following outside links. User is solely responsible for any user policies, restrictions, activity, or content of outside links and will not hold APA liable for any content, activity, or consequences for following outside links.

Exhibit 1 page 9

This AUP, together with any other legal notices published by APA shall constitute the entire agreement between you and APA concerning the Services and supersede all previous written or oral agreements, if any, between you and APA relating to any matter dealt with herein. If any part of this AUP is held invalid or unenforceable by a court of competent jurisdiction, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect.

No waiver of any term of this AUP shall be deemed a further or continuing waiver of such term or any other term, and APA's failure to assert any right or provision under this AUP shall not constitute a waiver of such right or provision. This AUP and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by APA without restriction. This AUP and the rights and obligations created hereunder shall be binding upon and inure solely to the benefits of the parties hereto and their respective successors and assigns, and nothing in this AUP, express or implied, is intended or should be construed to confer upon any other person any right, remedy or claim under or by virtue of this AUP.

If you do not agree with this AUP or these General or Specific Terms and Conditions, please exit the site now.  By continuing to use this site you are agreeing to comply with the AUP and the General or Specific Terms and Conditions.