Case 4:26-cv-00302-O    Document 19-2    Filed 05/12/26    Page 1 of 2    PageID 132

Exhibit 2



James Creedon <jcreedon@scalefirm.com>

## Fwd: Notification of suspension from The Line #1
1 message

Begin forwarded message:

**From:** "Kelly, Jared" <jkelly@alliedpilots.org>
**Subject: Notification of suspension from The Line**
**Date:** March 11, 2025 at 10:37:59 AM CDT
**To:** "GMillerPilot@yahoo.com" <GMillerPilot@yahoo.com>

CA Miller,

Please be advised that the President's Designee, Vice President Chris Torres, has suspended you from The Line for a period of fourteen days, effective immediately. You have made a post which has violated the APA's Acceptable Use Policy.

The AUP provides as follows:

The AUP prohibits users from making posts and threads which are off-topic.

Specifically, the following posts and/or behavior on The Line were found to be in violation of the AUP:
1. A thread by Gary Miller titled "Studying 777 and ETOPS at the historic Grand Canyon airport," in subforum "777 System & Training Forum," which is off-topic, thread started February 26, 2025.

Your suspension will end on March 25, 2025.


Jared J. Kelly, Esq.
Labor Attorney



Allied Pilots Association
14600 Trinity Blvd. Suite 500
Fort Worth, Texas 76155
jkelly@alliedpilots.org
(817) 302-2177 -- Direct Line
(817) 302-2187 -- APA Legal Fax

Confidentiality Notice: This email is not encrypted. However, the email is confidential and may be privileged, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies received and notify the sender or the receptionist of APA Legal immediately at (817) 302-2170.