

**Mitchell Vasin**
542230
MBR
PHX/CA/737/INT
4204

**Board of Directors**

Aug 22, 2025    #134

Thanks everybody for the support.

A couple of years ago, APA Constitution required that the APA Appeal Board automatically review all instances where the APA President (or his designee) suspended a member's access to The Line. That automatic review served as an important check against the APA President's infringement on member's rights to free speech. How do I know? I was on the APA Appeal Board at the time and I did several of those reviews.

A year or two ago, the APA BOD completely revised APA Constitution and, in doing so, took away the APA Appeal Board's automatic review of those suspensions. APA Appeal Board Chairman Capt. Derek Chambers made a post about this very thing in this thread. So now, under the current AUP, a pilot's initial suspension from The Line by the APA President (or his designee) isn't subject to review by anybody. That is – there is no check against this exercise of authority. The pilot is stuck with whatever the President (or his designee) decide – no matter how arbitrary or politically-motivated. Therefore, a member can only "appeal" that suspension by filing a lawsuit in federal court.

And that's all I did.

All my lawsuit asked was that my suspension get lifted and posts restored. Period. It didn't ask for damages or anything of the sort. Read it for yourself. It was my goal simply to challenge the deletion of my posts and my suspension, and I did what I could to prevent the membership from having to pay to defend VP Torres's misjudgment or inspiring him to close the forum. And mission accomplished, as the lawsuit is now settled less that a week after it was filed.

Bottom line, the current AUP, as written, is designed (and administered) to prevent members from criticizing union leadership – which is illegal and therefore unenforceable. And making matters worse, the "rules" are enforced selectively – based upon the political bias of whichever APA official is doing the enforcing. So, in reality, "some" are spared from criticism and others aren't.

And good luck challenging it unless you're willing to file a lawsuit over it. That's probably by design unfortunately.

Bottom line - this forum is not a place where you are ever going to get the full story on anything that might reflect negatively on APA.

I took a lengthy break from this forum after the AUP change, and my (brief) suspension reminded me that it's time for another break. Plenty of other forums out there without their own political agenda. Best wishes.

Report                                          👍 Like    + Quote    ↩ Reply

⊙ Kevin Sack 952049, Kelly Petterson 694865, Jon Dudeck 179885 and 13 others

Aug 22, 2025    #135